

CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280



06 MAR 27 AM 11:31

TRANSMITTAL LETTER

**TO:**   UNITED STATES DISTRICT COURT
260 UNITED STATES COURTHOUSE
85 MARCONI BOULEVARD
COLUMBUS, OH 43215

**RE:**   U.S.A. vs CUMMINGS

OUR CASE NUMBER 06-2171-DUBE'
YOUR CASE NUMBER 2:06cr045

**DATE:**   03/22/06

======================================================================

The above-mentioned cause has been transferred to your jurisdiction
pursuant to

Rule 20, 21(b), Rule 40, 18:3505)

Please find enclosed the following documents:

_____XX_____   Original file

_____   Certified File (pertinent papers only)

_____   Magistrate Proceedings

_____   CASH Bond Amount $_____
(Note: Cash is not included in this transmittal and will
be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING
the enclosed copy of this letter.

Yours sincerely

By_____COLETTE FARRINGTON_____
Deputy Clerk

U.S. District Court
FLS - Southern District of Florida Miami

CRIMINAL DOCKET FOR CASE #: 06-M -2171

USA v. Cummings                                        Filed: 02/22/06
Assigned to: Robert L. Dube


Dkt # in other court: None


VON C. CUMMINGS (1) , DOB
11/2/69 PRISONER NO. 76442-004
1331 BRICKELL BAY DRIVE #3603
MIAMI FL., 33131 (305)577-4642
dba
Paramount Capital Management,
LLC
dba
Paramount Financial Partners,
L.P.
       defendant

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints                            Disposition

Wire Fraud

U. S. Attorneys:

    NONE

--------------------------------

02/18/06 ---        ARREST of Von C. Cummings (sl) [Entry date 02/22/06]

02/22/06   1        REPORT Commencing Criminal Action as to Von C. Cummings
                    DOB: 11/2/69  Prisoner # 76442-004 (sl)
                    [Entry date 02/22/06]

02/22/06   2        COPY of Warrant and Indictment from the Southern District
                    of Ohio/Eastern Division  as to Von C. Cummings (sl)
                    [Entry date 02/22/06]

02/22/06   3        ORDER on Initial Appearance as to Von C. Cummings Bond set
                    to temporary pretrial detention for Von C. Cummings. (no
                    attorney in  Court) Report re counsel set for 10:00 2/24/06
                    for Von C. Cummings ; Detention hearing set for 10:00
                    2/24/96 for Von C. Cummings ; Removal hearing set for
                    2/24/06 for Von C. Cummings ;    before Duty Magistrate, ,
                    ( Signed by Magistrate Judge Robert L. Dube  on 2/21/06)
                    Tape # 06H-16-190 CCAP (sl) [Entry date 02/22/06]

02/24/06   4        STIPULATED ORDER denying request for pretrial detention and
                    setting bond at $200,000 CSB Nebbia (no hearing held)  as
                    to Von C. Cummings ( Signed by Magistrate Judge Robert L.
                    Dube on 2/24/06) [EOD Date: 2/24/06]  Tape # 06H-15-2390
                    CCAP□ (sl) [Entry date 02/24/06]

Docket as of March 21, 2006 3:06 pm                        Page 1

Proceedings include all events.
1:06M 2171        USA v. Cummings

| | | |
|---|---|---|
| 02/24/06 | 5 | ORDER on Hearing to Report Re Counsel and removal hearings as to Von C. Cummings Counsel by reset to 10:00 3/3/06 for Von C. Cummings before Duty Magistrate   ( Signed by Magistrate Judge Robert L. Dube on 2/2/06)  Tape # 06H-15-2390  CCAP (sl) [Entry date 02/24/06] |
| 03/03/06 | 6 | WAIVER of Removal hearing by Von C. Cummings ( Signed by Magistrate Judge William C. Turnoff on 3/3/06) [EOD Date: 3/10/06]  Tape # (mpc) [Entry date 03/10/06] |
| 03/15/06 | 7 | STIPULATION OF SATISFACTION OF NEBBIA CONDITION by Von C. Cummings, USA as to Von C. Cummings (nf) [Entry date 03/15/06] |
| 03/15/06 | 8 | ORDER as to Von C. Cummings  granting [7-1]  nebbia stipulation as to Von C. Cummings (1) ( Signed by Magistrate Judge Robert L. Dube on 3/10/06) [EOD Date: 3/15/06] CCAP☐ (nf) [Entry date 03/15/06] |
| 03/15/06 | 9 | ORDER as to Von C. Cummings  setting special condtions deft. shall be permitted to travel from s/d fl to s/d ohio in connection with his case in that district. Report to pts as directed,  ( Signed by Magistrate Judge Robert L. Dube on 3/14/06) [EOD Date: 3/15/06] CCAP☐ (nf) [Entry date 03/15/06] |
| 03/15/06 | 10 | BOND entered by Von C. Cummings  in  Amount $ 200,000 CSB/NEBBIA (SAT) (Surety Information: UNIVERSAL BAIL BONDS , PAMELA L. GIVANS , 1540 NW 15TH MIAMI, FL (305)547-2999) Approved by Magistrate Judge Robert L. Dube . (nf) [Entry date 03/15/06] |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. O6-2171-Duke'

UNITED STATES OF AMERICA,

vs.                                        **ORDER OF REMOVAL**

FILED by _____ D.C.
MAG. SEC.

MAR - 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Von C. Cummings

A(n) _____ Complaint
_____ Indictment
_____ Information
_____ Probation Violation Warrant
_____ Bench Warrant

having been filed in the ___Southern___ District of ___Ohio___
charging the above named defendant with ___Fraud___
and the defendant having

_____ surrendered

___✓___ been arrested

in the Southern District of Florida, having had an initial appearance before the
Court and having:

___X___ waived further hearing

_____ been given a hearing in accordance
with **Fed.R.Crim.P. 40**

and having posted the bail as set by the Court, it is thereupon
        **ORDERED AND ADJUDGED** as follows:
        1.  The defendant is held to answer in the District in which
the charge is outstanding and shall appear before the District Court thereof at
such time and place as may be ordered; and
        2.  **All funds** and **documents** filed with the Clerk of court in
this case shall be **transferred** to the District where the charge is outstanding.

        **DONE AND ORDERED** at Miami, Florida this ___3___ day of ___March___.
2006.

Tape No. 06B-NW

_____
**UNITED STATES MAGISTRATE JUDGE**

c: U.S. Marshal, PTS
   Defense Csl
   Financial Section
   AUSA

11
MPC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____
CASE NO.: _O62171 DUBE_____

UNITED STATES OF AMERICA
       Plaintiff,

v.

_VON C. CUMMINGS._____ /    Defendant,

FILED by ___ D.C.
MAG. SEC.

MAR 1 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and ou
personal representatives, jointly and severally, are bound to pay the United States of America, the sum of
$ _200,000.⁰⁰ C/S/B._____

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

   1.  Shall appear before this court and at such other places as the defendant may be required to appear, i
accordance with any and all orders and directions relating to the defendant's appearance in this case, includin
appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any oth
United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant
to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any ord
or direction in connection with such judgment.  This is a continuing bond, including any proceeding on appeal or review
which shall remain in full force and effect until such time as the court shall order otherwise.

   2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to whic
the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of th
bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferre
to another district may travel to that district as required for court appearances and trial preparation upon written notic
to the Clerk of this court, or the court to which the case has been removed or transferred.  The Southern District
Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, India
River, Okeechobee, and Highlands.**

   3.  May not change his or her present address as recorded on page 4 of this bond without prior permission
writing from the court.

   4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the addre
on this bond or in open court or to the address as changed by permission from the court.  The defendant is required
ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case.
no event may a defendant assume that his or her case has been dismissed unless the court has entered an order
dismissal.

   5.  Shall not commit any act in violation of state or federal laws.



DEFENDANT: Von C. Cummings
CASE NUMBER: 062171 DuBE
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the speci:
conditions checked below:

\_\_\_**a.** Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any trave
documents during the pendency of the case;

\_✓\_**b.** Report to Pretrial Services as follows: (✓) *as directed or* \_\_\_\_\_ *times in person and* \_\_\_\_\_ *times by telephone*

\_\_\_**c.** Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

\_\_\_**d.** Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as define
in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medic:
practitioner;

\_\_\_**e.** Participate in mental health assessment and/or treatment;

\_\_\_**f.** Participate and undergo a sex offense specific evaluation and treatment;

\_\_\_**g.** Maintain or actively seek full-time employment;

\_\_\_**h.** Maintain or begin an educational program;

\_\_\_**i.** Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

\_\_\_**j.** Refrain from possessing a firearm, destructive device or other dangerous weapons;

\_\_\_**k.** None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, re:
or personal, until the bond is discharged, or otherwise modified by the Court;

\_\_\_**l.** May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminal
train stations, etc.*;

\_\_\_**m.** No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), an
follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

\_\_\_**n.** HOME CONFINEMENT PROGRAM   The defendant shall participate in one of the following hom
confinement program components and abide by all the requirements of the program which ( ) will not or
( ) will include electronic monitoring or other location verification system, paid for by the defendar
*based upon his/her ability to pay* ( ) or paid for by Pretrial Services ( ).

\_\_\_\_\_ Curfew: You are restricted to your residence every day from _____ to _____, or as directe
by the Court.

\_\_\_\_\_ Home Detention: You are restricted to your residence at all times except for: ( ) medical needs of
treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) othe
_____

\_\_\_**o.** HALFWAY HOUSE PLACEMENT The defendant shall reside at a halfway house or community correction
center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ( ) employment; ( ) education;
( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits;
( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and
( ) other _____

\_✓\_**p.** May travel to and from: \_\_\_S to ohio\_\_\_\_, and must notify Pretrial Services of travel pla
before leaving and upon return.   S to al.

\_✓\_**q.** Comply with the following additional conditions of bond:
\_\_\_spt S to ohio as ordered by the court.\_\_\_

DEFENDANT: Von C. Cummings
CASE NUMBER: 062171 DUBE
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any b posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon convicti for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to a other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a crimir investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offen punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informar or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court ord If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or mo the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or bot

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, t defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or bot

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than tv years, or both;

(4) a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than o year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, whi means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applical laws of the United States.

DEFENDANT: Von C. Cummings

CASE NUMBER: 062171 DUBE

**PAGE FOUR**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _____ day of _____, 2005 , at _____, Florida.
Signed and acknowledged before me: DEFENDANT:(Signature) _____ 3603
WITNESS:_____ ADDRESS: 1331 Brickell Bay Dr
ADDRESS:_____ Miami ZIP 33131
_____ ZIP _____ TELEPHONE: 305 - 577 - 4642

### CORPORATE SURETY

Signed this 13 day of March , 2006, at Miami , Florida.
SURETY: Universal Bailbonds AGENT:(Signature) Pamela L Givans
ADDRESS: 1540 NW 15 Street Road PRINT NAME: Pamela L. Givans
Miami, Florida ZIP 33125 TELEPHONE: 305-547-2999

### INDIVIDUAL SURETIES

Signed this__ day of _____, 2005 , at _____, Florida.      Signed this__ day of _____, 2005 , at _____, Florida.
SURETY:(Signature)_____      SURETY:(Signature)_____
PRINT NAME:_____      PRINT NAME:_____
RELATIONSHIP TO                RELATIONSHIP TO
DEFENDANT:_____      DEFENDANT:_____
ADDRESS:_____      ADDRESS:_____
_____ ZIP _____      _____ ZIP _____
TELEPHONE:_____      TELEPHONE:_____

### APPROVAL BY COURT

Date: 13 Mar 06 _____

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services

THE FACE OF THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND MICRO PRINTING - THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK
THIS DOCUMENT IS VOID IF THE PINK HEAT SENSITIVE INK BOX IN THE LOWER RIGHT HAND CORNER DOES NOT DISAPPEAR WHEN RUBBED WITH WARM HANDS

**POWER AMOUNT**
$255,000.00

**Indiana Lumbermens
Mutual Insurance Company**
P.O. Box 68932, Indianapolis, IN 46268

US# **791087**

KNOW ALL MEN BY THESE PRESENTS: that INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.

This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. The obligation of the company shall not exceed the sum of

**TWO HUNDRED FIFTY FIVE THOUSAND ($255,000.00) DOLLARS**

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _____13_____ day of ___March___, 20_06_.

Bond Amount $ 200,000.—   Appearance Date _____

Defendant: Von C. Cummings

Court Federal US Southern Dist.  Case # 06 2171 DUBE

County DADE   City MIAMI   St. FL   Zip _____

Offense Wire Fraud   MP

Executing Agent Pamela L. Swan   MP

**INDIANA LUMBERMENS MUTUAL
INSURANCE COMPANY**

John F. Wolf

John F. Wolf, President     II M-9H

(SEAL — INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, INDIANAPOLIS, IN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-2171-DUBÉ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

VON C. CUMMINGS,

     Defendant.

_____/



FILED by _____ D.C.
MAG. SEC.

MAR 1 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

## ORDER SETTING SPECIAL CONDITIONS

This Cause is before this Court on the conditions of bond for Defendant Von C. Cummings. After reviewing the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

The Defendant shall be permitted to travel from the Southern District of Florida to the Southern District of Ohio solely for purposes in connection with his case in that district. The Defendant shall also be required to report to the court in the Southern District of Ohio as directed by that court. The Defendant shall provide Pretrial Service with an itinerary and contact information at least 72 hours prior to any travel outside of the Southern District of Florida.

**All other terms and conditions of the bond previously imposed by this Court, including but not limited to, the requirement that the Defendant report to Pretrial Services as directed, shall remain in full force and effect.**

**DONE AND ORDERED** this ____14____ day of March, 2006.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Rosa Rodriguez-Mera, AUSA
    Bill Ullman, Esq.
    Pretrial Services

UNITED STATES DISCRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE #

UNITED STATES DISCRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
CASE # 2:06-CR-045-JEC
JUDGE HOLSCHUH

FILED by _____ D.C.
MAG. SEC.

MAR 15 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA

    v.

VON C. CUMMINGS,
   dba PARAMOUNT FINANCIAL PARTNERS, L.P.
      PARAMOUNT CAPITAL MANAGEMENT, LLC.

## AGREED ORDER APPROVING NEBBIA CONDITIONS

The court considered the stipulation of Assistant United States Attorney Kevin Kelley of
Columbus, Ohio, Assistant United States Attorney Rosa Rodriguez-Mera of Miami, and
Bill Ullman attorney for Von Cummings that the Nebbia conditions of the $200,000
corporate surety bond have been satisfied.

Is thereupon ordered that the Nebbia conditions of a $200,000 corporate surety bond
posted by Von Cummings have been satisfied.

Ordered at Miami in the Southern District of Florida on March 10, 2006.

United States Magistrate Judge
Southern District of Florida

copy AUSA Kevin Kelley, AUSA Rosa Rodriguez-Mera, Bill Ullman

ordr nbba

SCANNED

– 1 –

UNITED STATES DISCRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE # 06 - 2171 - 20 ube 1

UNITED STATES DISCRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
CASE # 2:06-CR-045-JEC
JUDGE HOLSCHUH



FILED by _____ D.C.
MAG. SEC.

MAR 1 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

UNITED STATES OF AMERICA

v.

VON C. CUMMINGS,
    dba PARAMOUNT FINANCIAL PARTNERS, L.P.
        PARAMOUNT CAPITAL MANAGEMENT, LLC.

## STIPULATION OF SATISFACTION OF NEBBIA CONDITIONS

Assistant United States Attorney Rosa Rodriguez-Mera of Miami and Bill Ullman
attorney for Von Cummings stipulate that the Nebbia conditions of the $200,000
corporate surety bond have been satisfied. By attached letter, Assistant United States
Attorney Kevin Kelley of Columbus, Ohio has also stipulated to satisfaction of the
Nebbia conditions.

AUSA Rosa Rodriguez-Mera

Bill Ullman, attorney for Von Cummings       3-10-06

Nbba stpltn 3-10-06

SCANNED

– 1 –



**United States
Department of Justice**

**United States Attorney
Southern District of Ohio**

March 10, 2006

### Facsimile Transmission Cover Page

|  |  |
|---|---|
| *To:* | **Bill Ullman, Esq.** |
| *Organization:* | **Law Offices** |
| *Phone - Voice:* | **(305)358-0284** |
| *Fax:* | **(305)374-3756** |

| *From:* | **AUSA Kevin W. Kelley** *(signature) 3/10/06* |
|---|---|
|  | United States Attorney's Office |
|  | 303 Marconi Blvd., Suite 200 |
|  | Columbus, Ohio 43215 |

*Voice:* (614) 469-5715
*Fax:* (614) 469-5653

*Number of Pages Excluding Cover:* 1

*Regarding:* <u>**United States v. Cummings**</u>

*Comments/Remarks:* **In regards to your March 10, 2006, letter, as we have discussed, our office has approved the Nebbia compliance based on the faxes previously provided to us. If all other conditions of the Magistrate Judge's previously established conditions for release have been met, we do not oppose the release of Mr. Cummings. Please feel free to contact me if there are any other questions or concerns.**

*(handwritten signature) Bill Ullman Atty for Von ~~Cummings~~ Cummings*

*(handwritten) 305-358-0284 - Miami -*

*(handwritten) FAXED*

*(handwritten notes, left margin)*
Emily
Theodore
Jen
BRANDN
Cummins

**BILL ULLMAN**
Attorney
**5120 Wachovia Financial Center**
**200 South Biscayne Boulevard**
**Miami, Florida 33131**
**P 305-358-0284**
**F 305-374-3756**
**C 305-458-0284**
**bill@billullman.com**

March 10, 2006

AUSA Kevin Kelly
303 Marconi Blvd
Columbus, OH 43215
P 614-469-5715
F 614-469-5653 *faxed 11:50 AM*
kevin.kelly@usdoj.gov *e-mailed 11:50 AM*

Re:     **United States v. Von C. Cummings**
        **U. S. District Court, So. District Ohio, Eastern Division, # 2:06-CR-045-JEC**
        **Judge Holschuh**

Dear AUSA Kelly:

To post a Nebbia bond in Miami, the bondsman must take the clerk a letter signed by the
Assistant United States Attorney approving the Nebbia compliance.

**This is an URGENT request that you sign and fax back approval of Nebbia**
**compliance on the $200,000 corporate surety bond set by Magistrate Judge Robert**
**Dube on the February 23.**

Why urgent? The Marshall is about to take Von from Miami for a trip of unknown
duration to Columbus.  You have previously approved the $18,000 cash for the premium
on a $120,000 bond. Von's fiancée Teodora is selling her diamond engagement ring to
get the other $12,000 cash required for a $30,000 premium on a $200,000 bond.  I will
fax Teodora's affidavit on the ring sale ASAP. You previously approved Teodora's
affidavit for $3000 cash on the bond premium.

As per my voice mail message and the documents faxed and e-mailed to you yesterday
afternoon: We now have $200,000 collateral. That collateral is the business of All Terrain
Sport Limited, 1525 North Bridge Street, Chillicothe, OH 45601.  The owner is Brandon
McBee whose Nebbia affidavit you previously approved for $15,000 cash for the bond
premium.

*via e-mail*
*Copied Brandon , Jon III, Teodora*        *BM*
                                            Bill Ullman
Ltr ausa klly 3-10-06

*FAXED Alex*

*3-10-06*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  06-2171-DUBE'

FILED by __MRC__ D.C.
MAG. SEC.

MAR - 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

UNITED STATES OF AMERICA,

vs.                                    **WAIVER OF REMOVAL HEARING**

VON CUMMINGS

I, VON CUMMINGS                charged in a proceeding pending in

the **SOUTHERN**              District of **OHIO**              and

having been arrested in the Southern District of Florida and taken

before   **WILLIAM TURNOFF**                    ,  a United States

Magistrate Judge for that district, who informed me of the charge

and of my right to retain counsel or request the assignment of

counsel if I am unable to retain counsel, and to have a hearing or

execute a waiver thereof, do hereby waive a hearing before the

aforementioned magistrate and consent to the issuance of a

warrant/order for my removal to the  SOUTHERN   District of

  OHIO     where the aforesaid charge  is pending against me.

**DONE** and **ORDERED** at Miami, Florida this ____3____ day of

_____MARCH,    20 06 .

_____
Witness

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

_____
Signature of Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-2171-DUBE'

UNITED STATES OF AMERICA,

vs.

VON CUMMINGS                              **ORDER ON HEARING TO**

                                          **REPORT RE:COUNSEL**
_____

         The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereof

ORDERED as follows:

_____    Private counsel_____
             appeared in open court and is noted as permanent
             counsel of record.

_____    The defendant requested Court appointed counsel, was
             found eligible, and counsel will be appointed by
             separate order.

_____    The defendant requested Court appointed counsel but
             was found ineligible, and shall appear before the
             Court on _____
             at 10:00 a.m. to report regarding his/her further
             efforts to retain counsel, unless counsel notices a
             permanent appearance before that date.

_____    The defendant requested further time to retain
             counsel and shall appear before the Court on
             3/3/06 _____ at 10:00 a.m. to report
             regarding his/her further efforts to retain counsel,
             unless counsel notices a permanent appearance before
             that date. Removal

     **DONE AND ORDERED** at Miami, Florida this 24TH day of FEBRUARY

2006.

TAPE 06H- 15-2390                    _____
                                          ROBERT L. DUBÉ
c. Defense Counsel                   **UNITED STATES MAGISTRATE JUDGE**
   Pretrial Services
   U.S. Marshal
   AUSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. ___06-2171-DUBÉ___

UNITED STATES OF AMERICA,

*Stipulated*

**ORDER DENYING GOVERNMENT'S REQUEST**
**FOR PRETRIAL DETENTION and SETTING**
**A BOND**

v.

VON CUMMINGS,

_____

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

_____ The government's motion is **denied**.

_____ The defendant's motion is **granted**; bond is set at:

_____ Personal Surety, unsecured, in the amount of
$_____

_____ Personal Surety in the amount of $_____
with 10% posted with Clerk of Court.

_____ Personal Surety in the amount of $_____
secured by the following collateral: _____
_____

_____ Full Cash in the amount of $_____

___✓___ Corporate Surety in the amount of $200,000 / Nebbia

_____ Full Cash or Corporate Surety in the amount of
$_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ Surrender all passports & travel documents to Pretrial Services.
✓ Report to PTS as follows: ____ Weekly In Person; ____ Weekly By Phone; ____ As Directed
__ Curfew imposed 7 days a week from _____ P.M. to _____ A.M.
__ Maintain present residence.
__ Travel restricted to the Southern District of Florida.
__ Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__ Maintain or actively seek full-time employment.
__ Maintain or begin an educational program.
__ Avoid all contact with victims of or witnesses to the crimes charged.
__ Stay away from commercial transportation facilities, marinas, bus terminals and airports.
__ Refrain from possessing a firearm, destructive device or other dangerous weapon.
__ Cosigners are not to further encumber property during pendency of case.
__ Comply with the following additional special conditions of this bond: (no hrg held)
_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 24th day of FEBRUARY 2006.

TAPE NO.06H-15-2390

c:AUSA, Deft Counsel,
Pretrial Services, US Marshal

ROBERT L. DUBÉ
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. _06-2171-DUBE'_

UNITED STATES OF AMERICA

       Plaintiff,

v.

**VON C. CUMMINGS**

**DOB:11-02-69**    **(J)76442-004**
       Defendant.

_____/

FILED by _____ D.C.
MAG. SEC.

**FEB 2 2 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

### ORDER ON INITIAL APPEARANCE

AUSA _Eloise Fernandez_   Language _ENGLISH_
Agent _FBI_          Tape No._06H- 16 – 190_

      The above-named defendant having been arrested on _02/18/06_ having appeared before the court for initial appearance **on** _2/21/06_ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon

      **ORDERED** as follows:

1. _no atty in Court_ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _2/24_, 2006.

4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am 2/24_, 2006.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am 2/24_, 2006.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.

___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

VON C. CUMMINGS

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Miami, Florida this __21ST____ day of __FEBRUARY_____, 2006.

**ROBERT L. DUBE'**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation

AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ OHIO

UNITED STATES OF AMERICA

V.

VON C. CUMMINGS,
dba Paramount Financial Partners, LP
Paramount Capital Management, LLC

## WARRANT FOR ARREST

Case Number: CR-2-06-045

06-2171-Duke

FILED by _____ D.C.
MAG. SEC.

FEB 2 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Von C. Cummings
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)
mail fraud and wirefraud

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1341 and 1343

James Bonini
Name of Issuing Officer

Clerk
Title of Issuing Officer

Signature of Issuing Officer

February 16, 2006 - Columbus, Ohio
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DATE: 02/21/06

CASE NO. _06-2171-Dube_

RE:COUNSEL  BOND  PTD  PRELIMINARY  ARRAIGNMENT  REMOVAL

GARCIA HRG  NEBBIA  PRELIMINARY  PROBATION  PROBABLE CAUSE

DEFENDANT: **VON CUMMINGS (J)** 76442-004

formcove.rsh

OFFENSE: **WIRE FRAUD**

BOND BEFORE HEARING: _____

BOND AFTER HEARING : _____

ADDITIONAL INFORMATION: _FBI/WERONIK_
                        (305)944-9101




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NUMBER:** CR: |
| Plaintiff | |
| -vs | **REPORT COMMENCING CRIMINAL ACTION** |
| VON CUMMINGS | 76442-004 |
| Defendant | **USMS NUMBER** |

FILED by MAG. SEC. D.C.

FEB 2 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**TO CLERK'S OFFICE** — (MIAMI) — FT. LAUDERDALE — W. PALM BEACH
**U.S. DISTRICT COURT** (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) **DATE AND TIME OF ARREST:** 5 30 P _____ A M _____ P M  X

(2) **LANGUAGE SPOKEN:** ENGLISH

(3) **OFFENSE (S) CHARGED:** T18 USC& 1342  Wire Fraud

(4) **DATE OF BIRTH:** 11-2-69

(5) **TYPE OF CHARGING DOCUMENT:**   (CHECK ONE)
{ X } INDICTMENT   { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
**ORINGINATING DISTRICT:** OHIO

(6) **REMARKS:** _____

(7) **DATE:** 2/18/06   (8) **ARRESTING OFFICER:** WERONIK, MICHAEL

(9) **AGENCY:** FBI   (10) **PHONE:** 305-944-9101

(11) **COMMENTS:** _____