```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

UNITED STATES OF AMERICA

     VS.          :   No. CR-2-06-045
                                      JUDGE HOLSCHUH

VON C. CUMMINGS

### GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. §1341

1. **ELEMENTS: 18 U.S.C. §1341**

   <u>First</u>: That on or about the dates alleged in the Indictment;

   <u>Second</u>: The defendant devised a scheme or artifice to defraud;

   <u>Third</u>: The defendant caused to be delivered by the United States Postal Service a letter in furtherance of the scheme to defraud;

   <u>Fourth</u>: Such acts occurred in the Southern District of Ohio.

## 2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 20 years in prison, a fine of $250,000, 3 years supervised release, and $200 special assessment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Kevin W. Kelley
KEVIN W. KELLEY (0042406)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Kevin.Kelley @usdoj.gov