**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:06-CR-0045** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **VON C. CUMMINGS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on the Government's Motion to Correct Judgment in a Criminal Case.  The Government requests the Court to correct a Judgment imposed on June 26, 2008 and filed on July 28, 2008 against Defendant Cummings in Case No. 2:06-CR-45.  The Government notes that the restitution amount reflected in the original Judgment and Commitment Order was $8,380,094.93.  That amount was incorrect.  The Correct amount of restitution, however, is actually **$8,308,094.93**.  The Order, therefore, is amended to reflect that the amount of restitution is **$8,308,094.93**.

All of the terms and conditions set forth in the original Judgment and Commitment Order shall remain in full force and effect.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**Dated: October 7, 2014**